UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEAN SCARBROUGH and LIBBY SCARBROUGH**                                    **PLAINTIFFS**

**V.**                                        **CIVIL ACTION NO.1:06CV71 LTS-RHW**

**ALLSTATE INSURANCE COMPANY**
**and BRENDA PACE**                                                         **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion of Defendant Brenda Pace to dismiss [15] is hereby **DENIED**;

That this action is hereby **REMANDED** to the County Court of Harrison County, Mississippi; and

That the Clerk of Court shall take the steps necessary to return this action to the court from which it was removed.

**SO ORDERED** this 25th day of October, 2006.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge